**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAFE STORAGE LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORACLE AMERICA, INC. AND LSI ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | <br><br><br><br><br>C.A. No. 13-1089-GMS<br><br><br><br>**JURY TRIAL DEMANDED** |

**SAFE STORAGE LLC'S ANSWER TO LSI CORPORATION'S
COUNTERCLAIMS TO SAFE STORAGE LLC'S FIRST AMENDED
COMPLAINT FOR PATENT INFRINGEMENT**

Pursuant to Rules 8 and 15(a)(3) of the Federal Rules of Civil Procedure, Safe Storage LLC ("Safe Storage") hereby answers the allegations set forth in the Counterclaims of LSI Corporation ("LSI") to Safe Storage's First Amended Complaint (D.I. 22). Except as expressly admitted below, Safe Storage denies each and every allegation in LSI's Counterclaims. To the extent any heading or non-numbered statement in LSI's Counterclaims contains an allegation, Safe Storage denies each and every allegation therein. Any factual allegation below is admitted only as to the specific admitted facts, not as to any purported conclusions, characterizations, implications or speculations that may arguably follow from the admitted facts. Safe Storage denies that LSI is entitled to the relief requested or to any other relief.

**ANSWER TO LSI'S COUNTERCLAIMS**

**JURISDICTION AND VENUE**

1. Admitted.

1

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

## PARTIES

6. Safe Storage lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of LSI's Counterclaims and, therefore, denies the same.

7. Admitted.

## FIRST COUNTERCLAIM
## (INVALIDITY OF THE '346 PATENT)

8. This paragraph does not appear to require a response. To the extent a response is required, denied that any of LSI's Additional Defenses are factually and/or legally supported or applicable. Denied as to the remainder of this paragraph.

9. Denied.

## SECOND COUNTERCLAIM
## (NON-INFRINGEMENT OF THE '346 PATENT)

10. This paragraph does not appear to require a response. To the extent a response is required, denied that any of LSI's Additional Defenses are factually and/or legally supported or applicable. Denied as to the remainder of this paragraph.

11. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Safe Storage prays for the following relief with regard to LSI's Counterclaims:

A. A dismissal with prejudice of LSI's Counterclaims;

B. An adjudication that LSI is not entitled to any relief on its Counterclaims, including, without limitation, any fine or damages;

C. Costs and further relief to which Safe Storage is entitled, and which the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Safe Storage demands a trial by jury on all issues so triable.

Dated: October 9, 2013

OF COUNSEL:

Alexander C.D. Giza
Marc A. Fenster
Jeffrey Z.Y. Liao
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
(310) 826-7474
agiza@raklaw.com
mfenster@raklaw.com
jliao@raklaw.com

BAYARD, P.A.

*/s/ Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Safe Storage LLC*